# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| K. SCOTT STOKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 1:24-cv-03833-MHC |
| 12690 CRABAPPLE, LLC and ) | |
| CTA PROPERTIES, LLC, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, K. SCOTT STOKES, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), his Notice of Voluntary Dismissal With Prejudice. Plaintiff hereby requests that the instant matter be dismissed with prejudice as to all Defendants, and without an award of fees or costs to any party.

Dated: March 6, 2025.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
Ehrlich Law Office, LLC
493 Flat Shoals Avenue, S.E.
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480

1

craig@ehrlichlawoffice.com

## CERTIFICATE OF SERVICE

I certify that on March 6, 2025, I filed the within and foregoing Notice of Voluntary Dismissal With Prejudice with the Clerk of Court for the District Court for the Northern District of Georgia via the Court's CM/ECF system, resulting in a true and correct copy of the foregoing to be served upon the following counsel of record via electronic mail:

Evan Rosen, Esq.
Jackson Lewis, P.C.
171 17th Street, N.W., Suite 1200
Atlanta, Georgia 30363
evan.rosen@jacksonlewis.com

/s/ Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/ Craig J. Ehrlich
Craig J. Ehrlich